NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————

**JOHN T. MINEMYER,**
*Plaintiff-Appellee*

**v.**

**R-BOC REPRESENTATIVES, INC., ROBERT LUNDEEN, CAROLYN LUNDEEN, PRECISION CUSTOM MOLDERS, INC., EDWARD KRAJECKI,**
*Defendants-Appellants*

**SANDRA KRAJECKI, LEBAC PLASTIC MOLD CO., INC., RONALD BACKMAN, DURA-LINE CORPORATION, TIMOTHY A. GRIMSLEY,**
*Defendants*

-------------------------------------------------

**R-BOC REPRESENTATIVES, INC., ROBERT LUNDEEN, CAROLYN LUNDEEN, PRECISION CUSTOM MOLDERS, INC., EDWARD KRAJECKI,**
*Plaintiffs-Appellants*

**DURA-LINE CORPORATION, TIMOTHY A. GRIMSLEY,**
*Plaintiffs*

**v.**

**JOHN T. MINEMYER,**
*Defendant-Appellee*

—————————

2017-2573, 2017-2576

—————————

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:07-cv-01763, 1:11-cv-08433, Magistrate Judge Jeffrey N. Cole.

—————————

**JUDGMENT**

—————————

DOUGLAS MASON CHALMERS, Douglas M. Chalmers P.C., Chicago, IL, argued for appellee.

MATTHEW MCANDREWS, Niro McAndrews, LLC, Chicago, IL, argued for appellants. Also represented by KYLE WALLENBERG.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 8, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |